UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of March, two thousand and fifteen,

_____

| | |
|---|---|
| American Federation for Musicians and Employers Pension Fund, Mike Dobina, Individually and on Behalf of All others Similarly Situated, Georgia Firefighters' Pension Fund, | **ORDER**<br>Docket Number: 15-676 |

Plaintiffs - Appellees,

v.

Weatherford International Ltd., Andrew P. Becnel, Bernard J. Duroc-Danner, Jessica Abarca, Charles E. Geer,

Defendants - Appellees,

Ernst & Young LLP,

Defendant,

Jeffrey M. Brown,

Appellant.

_____

A notice of appeal was filed on March 2, 2015. Appellant's Form D-P was due March 16, 2015. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective April 21, 2015 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



Case 15-676, Document 19, 03/31/2015, 1472928, Page2 of 2