| | Law Offices | |
|---|---|---|
| LAWRENCE L. LAVALLE - 1937-2007 | **LAVALLE, BROWN & RONAN** | SCOTT J. SALE |
| JEFF M. BROWN* | PROFESSIONAL ASSOCIATION | ALISON C. GUERINO** |
| KENNETH J. RONAN | 750 SOUTH DIXIE HIGHWAY | |
| | BOCA RATON, FLORIDA 33432 | **ALSO ADMITTED IN CALIFORNIA |
| * CERTIFIED MEDIATOR | WWW.BOCALAW.COM | |

TOLL FREE (855) BOCA-LAW
TELEPHONE (561) 395-0000
FACSIMILE (561) 395-9093

April 20, 2015

Clerk of Courts – Pro Se Division
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, NY 10007

RE: Weatherford International Securities Litigation
Case No.: 2011 CV 1646 (LAK)(JCF)

Dear Sir/Madam:

Enclosed please find a Civil Appeal Transcript Information (Form D-P) for Pro Se Appellants which I have signed.

If you have any questions, please do not hesitate to contact at 855-BocaLaw.

Very truly yours,

Jeff M. Brown

JMB/cm
Enclosures

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE: In Re: Weatherford Int'l Securities Litigation Case # 2011 CV 1646 (LAK) (JCF) | DISTRICT: Southern <br> JUDGE: Kaplan <br> COURT REPORTER: | DOCKET NUMBER: 285 + 283 <br> APPELLANT: Jeff M. Brown <br> PRO SE APPELLANT: Jeff M. Brown |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [x] I am not ordering a transcript

Reason for not ordering a transcript:
- [x] Copy is already available
- [ ] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT: [ ] Funds  [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

APPELLANT'S SIGNATURE: [signed] Jeff M. Brown    DATE: 4/20/15

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |